JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY C. COLEMAN, | Case No. CV 14-9964-DDP (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| UNITED STATES OF AMERICA | |
| Respondent. | |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: April 3, 2015.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Users\vvaller\AppData\Local\Temp\notesC7A056\Judgment.wpd